No. 35. M. F. SCOTT v. JOE HENRIQUES. Appeal from order of Edings, J., of the third circuit dismissing defendant's appeal from judgment of the district magistrate of South Kona to the circuit judge of the third circuit at chambers. Submitted December 5, 1904. Decided December 27, 1904. Per curiam: The appeal to this court is dismissed, the statute giving a circuit judge at chambers jurisdiction of appeals from judgments of district magistrates having been repealed by section 20, Act 32, Laws of 1903. Plaintiff in person. Defendant in person.

---

No. 41. IN RE ESTATE OF MARGARET V. CARTER, DECEASED. Appeal from Circuit Judge Robinson, First Circuit Court. Argued November 11, 1904. Decided November 21, 1904. Petition for removal of executrix. Demurrer to petition stricken from files and executrix removed on allegations of petition without further hearing, there being no answer. Per curiam: Demurrer lies to petition for removal of executrix. Decree appealed from reversed. Case remanded to circuit judge for further proceedings consistent herewith. *L. Andrews* for petitioner. *C. W. Ashford* for executrix appellant.

---

No. 47. SAMUEL ANDREWS v. KAIKENA. Exceptions from circuit court, first circuit. Submitted November 14, 1904. Decided November 21, 1904. Action of ejectment. Nonsuit ordered on the ground that the plaintiff's evidence showed that he had parted with his title since the commencement of the action. Per curiam. Exceptions overruled on the authority of *Andrews v. Wahinenui,* ante, p. 260. *Castle & Withington* for plaintiff. No appearance for defendant.